# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREEN, J. DANIEL | 2. Court or Organization<br><br>WESTERN DISTRICT OF TENNESSEE | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF U.S. DISTRICT JUDGE/ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

444 UNITED STATES COURTHOUSE
111 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee | National Conference of Federal Trial Judges |
| 2. | Board of Directors | Federal Judges' Association |
| 3. | Trustee | Trust #1 (terminated 5/19/14) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bar Association | 2/6/2014-2/8/2014 | Chicago, IL | National Conference of Federal Trial Judges | travel, lodging and meals |
| 3. | Federal Judges Association | 5/03/14-5/07/14 | Washington, D.C. | Board of Directors Meeting | travel, lodging and meals |
| 4. | American Bar Association | 8/7/14-8/10/14 | Boston, MA | Annual Meeting | travel, lodging and meals |
| 5. | Tennessee Bar Association | 8/22/15-8/23/15 | Nashville, TN | Committee Meeting | travel, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancourp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | K | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 5. Proctor & Gamble CS | A | Dividend | K | T | | | | | |
| 6. AT&T CS | A | Dividend | J | T | | | | | |
| 7. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 8. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 10. Waddell & Reed Acct | | | | | | | | | |
| 11. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 12. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 13. Waddell & Reed Bond Port | A | Dividend | J | T | | | | | |
| 14. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed High Income Port | A | Dividend | J | T | | | | | |
| 17. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
| --- | --- |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 19. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 23. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 24. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 25. ING Acct. | | | | | | | | | |
| 26. ING Gwth and Inc. Portfolio | A | Dividend | J | T | | | | | |
| 27. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 28. ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 29. ING JP Morgan Smapp Cap Core Eq. Port | A | Dividend | J | T | | | | | |
| 30. ING Am. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 31. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 32. Ivy Asset Strategy Fd. | A | Dividend | J | T | | | | | |
| 33. J.P. Morgan Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 34. Dreyfus App. Fd. | A | Dividend | J | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton Vance Floating Rate Fd. | A | Dividend | J | T | | | | | |
| 36. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 37. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 38. General Electric - CS | A | Dividend | J | T | | | | | |
| 39. Mainstay Large Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 40. Mainstay Marketfield Fd. | A | Dividend | J | T | | | | | |
| 41. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 42. McDonalds - CS | A | Dividend | J | T | | | | | |
| 43. Oakmark Select Fd. | A | Dividend | J | T | | | | | |
| 44. Oppenheimer Int'l Growth Fd. | A | Dividend | J | T | Buy | 12/05/14 | J | | |
| 45. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 46. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 47. Prudential Short Term Corp. Fd. | A | Dividend | J | T | | | | | |
| 48. TCW Total Returns Bd. Fd. | A | Dividend | J | T | | | | | |
| 49. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 50. Wells Fargo Adv. Small Cap Fd. | A | Dividend | J | T | | | | | |
| 51. Western Asset Core Plus Bd Fd. | A | Dividend | K | T | Buy | 12/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA - MERRILL LYNCH | | | | | | | | | |
| 53. Blackrock Eqty. Div. Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 54. Clearbridge Agg. Gwth Fd. | A | Dividend | J | T | Buy | 12/24/14 | J | | |
| 55. Dreyfus App. Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 56. Consumer Discretionary SPDR | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 57. Eaton Vance Floating Rate Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 58. Deleware Value Fd. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 59. Permanent Portfolio Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 60. Federated Int'l Leaders Fd. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 61. Hotchkis and Wiley Mid Cap | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 62. TCW Total Return Bd. Fd. | B | Dividend | K | T | | | | | |
| 63. Health Care Select SPDR | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 64. First Tr. Exchange Traded Fd. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 65. First Tr. ISE Cloud Comp | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 66. Ivy Asset Strategy Inc. Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 67. First Eagle Global | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 68. J.P. Morgan Strategic Inc. Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares Russell 1000 | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 70. Mainstay Large Cap Growth Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 71. iShares NASDAQ Biotech | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 72. Mainstay Marketfield Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 73. iShares Rusell Midcap | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 74. Oakmark Select Fd. | A | Dividend | K | T | | | | | |
| 75. iShares MSCI EAFE | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 76. MFS Value Fd. | A | Dividend | | | Sold | 12/04/14 | K | A | |
| 77. iShares RS 2000 Value | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 78. Wells Fargo Adv. Small Cap Fd. | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 79. iShares RS 2000 Gwth | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 80. Pioneer Strategic Inc. Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 81. Loomis Sayles Strategic Inc. | A | Dividend | K | T | Buy | 12/22/14 | K | | |
| 82. Prudential Short Term Corp Bd. Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 83. Nuveen Real Estate Fd. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 84. Dreyfus Appreciation Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 85. Sector SPDR Financial | A | Dividend | J | T | Buy | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Wells Fargo Adv. Small Cap. Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 87. | T. Rowe Price Diversified Sm Cap | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 88. | The Oakmark Select Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 89. | Templeton Glbl. Bond Fd. | A | Dividend | K | T | Buy | 12/22/14 | K | | |
| 90. | TCW Total Return Bd. Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 91. | Oakmark Int'l. Fd. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 92. | Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 93. | Vanguard Consumer Staples | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 94. | Ivy Asset Strategy | A | Dividend | | | Sold | 12/8/14 | J | A | |
| 95. | Vanguard Materials ETF | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 96. | John Hancock Classic Value Fd. | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 97. | Vanguard Info. Tech. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 98. | Mainstay Strategy Fd. | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 99. | Vanguard Energy ETF | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 100. | Merrill Lynch Money Market Fd. | A | Interest | L | T | | | | | |
| 101. | Vanguard Indust. ETF | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 102. | Pioneer Strategic Inc. Fd. | A | Dividend | | | Sold | 12/8/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard MSCI Emerg. Mkts. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 104. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 105. Vanguard Corp. Leaders Fd. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 106. Prudential Short Term Bd. Fd. | A | Dividend | J | T | | | | | |
| 107. Metropolitan West Total Ret. | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 108. Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 109. Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 110. Waddell & Reed Accumulative | A | Dividend | J | T | | | | | |
| 111. Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 112. Waddell & Reed Advisors Cash Management | A | Dividend | J | T | | | | | |
| 113. BanCorp South CD | A | Interest | J | T | | | | | |
| 114. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 115. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 116. Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 117. Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 118. Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 119. Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  TRUST #1 | | | | | | | | | |
| 121.  ML Bank Deposit Program | A | Interest | J | T | Sold | 05/19/14 | K | A | Trust terminiated 5/19/14 |
| 122. | | | | | | | | | for line 121 see part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREEN, J. DANIEL** | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 121 of Part VII - In 2013, the sole life beneficiary of Trust #1 died. Pursuant to the terms of the Trust, I was instructed to transfer the assets of the Trust to the Sisters of Mercy Convent in North Carolina. Most of the assets were transferred in 2013 to the Convent with the remainder transferred in 2014. Tax and estate returns were filed in 2014, following which my duties as trustee ceased on May 19, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. DANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544